# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAP WIRELESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLLIER SHANNON SCOTT, PLLC, <br><br> Defendant. | CASE NO. 03CV174 WQH (WMc) <br><br> ORDER GRANTING MOTION TO WITHDRAW EXHIBITS |

HAYES, Judge:

On February 4, 2005, this Court dismissed this case with prejudice pursuant to a stipulation signed by the parties. (Doc. # 138). On February 25, 2008, the parties filed a joint motion to withdraw or seal certain exhibits. (Doc. # 141).

Good cause appearing, the joint motion to withdraw certain exhibits and lodgments (Doc. # 141) is GRANTED.

IT IS HEREBY ORDERED that the following documents are withdrawn and stricken from the record pursuant to the joint motion:

(1) *Notice of lodgment by defendant Collier Shannon* (Doc. # 70) - Exhibit page numbers 2-1 to 2-27 [electronic page numbers 19 of 274 to 45 of 274].

(2) *Notice of lodgment of defendant Collier Shannon* (Doc. # 70) - Exhibit page numbers 7-1 to 7-2 [electronic page numbers 72 of 274 to 73 of 274].

1  (3) *Declaration of Patrick Coyne by defendant Collier Shannon* (Doc. # 85) - Exhibit page
2 numbers A-5 to A-6 [electronic page numbers 10 of 18 to 11 of 18).
3  IT IS SO ORDERED.
4 DATED:  February 26, 2008

**WILLIAM Q. HAYES**
United States District Judge